EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CATOOSA COUNTY, GEORGIA
**SUCV2024000880**
OCT 11, 2024 11:17 AM
Tracy Brown, Clerk
Catoosa County, Georgia

# SUPERIOR COURT OF CATOOSA COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER SUCV2024000880

Ford, Stephanie
Ford, Jeremy

**PLAINTIFF**

**VS.**

Walmart Inc.

**DEFENDANT**

## SUMMONS

TO: WALMART INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Jay Kennamer**
**MCMAHAN LAW FIRM**
**P. O. Box 11107**
**Chattanooga, Tennessee 37401**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 11th day of October, 2024.**

Clerk of Superior Court

Tracy Brown, Clerk
Catoosa County, Georgia

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CATOOSA COUNTY, GEORGIA
SUCV2024000880
OCT 11, 2024 11:17 AM
Tracy Brown, Clerk
Catoosa County, Georgia

**IN THE SUPERIOR COURT OF CATOOSA COUNTY**
**STATE OF GEORGIA**

STEPHANIE FORD, and her Husband JEREMY FORD,

Plaintiffs,

v.

WALMART INC., a Foreign Profit CORPORATION,

Defendant.

Civil Action File No.: ____________

JURY DEMANDED

# COMPLAINT

COMES NOW the plaintiffs, Stephanie and Jeremy Ford, in the above-style case and file this complaint against the defendant, Walmart, Inc. as follows:

1.

Plaintiffs, Stephanie and Jeremy Ford, are residents of Harrison, Hamilton County, Tennessee.

2.

Defendant, Walmart, Inc, is a Foreign Profit Corporation, and is subject to the jurisdiction of this honorable Court and may be served with process through the Registered Agent, The Corporation Company (FL), 106 Colony Park Drive, Suite 800-B, Cumming, Georgia, 30040.

3.

On December 23, 2022, Stephanie Ford was at Walmart, Store Number 3635, located at 1155 Battlefield Parkway in Fort Oglethorpe, Georgia. Plaintiff, Stephanie Ford, was shopping by the meat counter when an employee quickly turned a corner with a cart of boxes, causing the load

to fall and knock the Plaintiff into the meat case. As a direct and proximate result of this incident, plaintiff Stephanie Ford suffered injuries to her right shoulder. She has incurred medical and hospital expenses and has suffered significant pain and suffering as a direct result.

4.

Plaintiffs, Stephanie and Jeremy Ford, aver that defendant, Walmart, Inc. was guilty of one or more of the following acts or omissions which amounted to negligence and/or gross negligence, each of which acts or omissions, either alone or in combination with other acts or omissions, proximately caused Stephanie Ford's multiple injuries, damage and loss in the incident. The specific common law acts or omissions of defendant, Walmart, Inc., include, but are not limited to, the following:

1. Generally failing to exercise that degree of care, caution and maintenance that is required of reasonable and prudent business operators and property owners under the circumstances and conditions existing at the time and place of plaintiff's fall; and

5.

Plaintiff avers that as a direct and proximate result of the negligence of the defendant, through its agents, servants and/or employees, plaintiff was caused to suffer and incur the following injuries and damages:

1. Severe and/or painful permanent and/or temporary injuries caused by the defendant's negligence;
2. Pain, and suffering, past and/or future;
3. Medical and hospital expenses, past and any likely to be incurred in the future; some of which are listed below:

Re: Stephanie Ford
Date of Accident: 12/23/2022

| Provider | | Amount |
|---|---|---|
| Parkridge Medical | | $ 1,937.24 |
| 12/23/2022 | | |
| Emergency Medicine Services | | $ 678.00 |
| 12/23/2022 | | |
| Radiology Alliance | | $ 95.00 |
| 12/23/2022 | | |
| EMG Ortho Sports | | $ 2,197.42 |
| 02/01/2023 | $404.00 | |
| 02/15/2023 | $203.00 | |
| 04/24/2023 | $154.00 | |
| 06/07/2023 | $154.03 | |
| 06/21/2023 | $219.63 | |
| 09/06/2023 | $296.63 | |
| 11/01/2023 | $154.03 | |
| 11/29/2023 | $229.03 | |
| 12/18/2023 | $229.03 | |
| 01/10/2024 | $ 0.01 | |
| 02/21/2024 | $ 0.01 | |
| 04/03/2024 | $ 0.01 | |
| 06/06/2024 | $154.01 | |
| Erlanger East Imaging | | $ 2,733.00 |
| 02/23/2023 | | |
| Excel Rehab and Sports | | $19,550.00 |
| 02/23/2023 – 06/04/2024 | | |
| Erlanger MRI | | $ 2,973.00 |
| 11/26/2023 | | |
| Erlanger East (surgery) | | $ 4,703.00 |
| 01/04/2024 | | |
| | TOTAL: | $34,866.66 |

(4) Loss of consortium on the part of Jeremy Ford, husband of plaintiff, Stephanie Ford.

7.

WHEREFORE, plaintiffs pray for a jury to try this cause when the issues are joined, and for a judgment against defendants, Walmart, Inc. as follows:

(a) For compensatory damages in such an amount as to be determined by the enlightened conscience of fair and impartial jurors;

(b) For Court and other costs of this cause; and

(c ) For such other and further relief as this Court may deem necessary and proper in the premises.

James R. Kennamer, GA Bar #414324
Attorney for Plaintiffs
P.O. Box 11107
Chattanooga, TN 37401
423-265-1100; 423-756-8120 (FAX)

IN THE SUPERIOR COURT OF CATOOSA COUNTY
STATE OF GEORGIA

STEPHANIE FORD, and her Husband JEREMY FORD,

Plaintiffs,

v.

WALMART INC., a Foreign Profit CORPORATION,

Defendant.

Civil Action File No. SUCV2024000880

______________________________________/

ANSWER OF
DEFENDANT WALMART INC.

COMES NOW, Defendant Walmart Inc. ("Walmart"), and makes this Answer to Plaintiffs' Complaint as follows:

FIRST DEFENSE

Walmart asserts the following defenses: lack of service, insufficiency of service, insufficiency of service of process, lack of jurisdiction over the person of Walmart, and lack of venue over Walmart.

SECOND DEFENSE

Fault and damages must be apportioned among the appropriate parties and non-parties as required by law.

THIRD DEFENSE

Walmart denies that any negligent act or omission on its part caused or contributed to, or proximately caused, any injury or damage alleged to have been sustained by Plaintiffs.

FOURTH DEFENSE

Walmart responds to the enumerated paragraphs of Plaintiffs' Complaint as follows:

1.

Walmart lacks sufficient information to either admit or deny the allegations contained in paragraph 1 of the Plaintiffs' Complaint.

2.

Walmart denies the allegations contained in paragraph 2 of Plaintiffs' Complaint. The street address of the registered agent has changed.

3.

Walmart denies the allegations contained in paragraph 3 of the Plaintiffs' Complaint.

4.

Walmart denies the allegations contained in paragraph 4 of the Plaintiffs' Complaint, including subparagraph 1., thereof.

5.

Walmart denies the allegations contained in paragraph 5 of the Plaintiffs' Complaint, including subparagraphs 1., 2., 3., and (4) thereof.

6.

Walmart denies the allegations contained in paragraph 6 of Plaintiffs' Complaint.

7.

Walmart denies the allegations contained in paragraph 7 of the Plaintiffs' Complaint.

8.

All other allegations contained in the Complaint which are not specifically responded to herein, are, therefore, denied.

9.

Walmart denies Plaintiffs' prayer for relief, including subparagraphs (a), (b), and (c) thereof.

WHEREFORE, Walmart prays that Plaintiffs' Complaint be dismissed with all costs cast upon the Plaintiffs. WALMART DEMANDS TRIAL BY A JURY OF TWELVE (12) PERSONS AS TO ALL ISSUES SO TRIABLE.

McLAIN & MERRITT, P.C.

/s/ Nicholas E. Deeb

Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendant
WALMART INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing ANSWER OF DEFENDANT WALMART INC. has this day been filed and served upon opposing counsel via Peach Court E-File.

This the 12th day of November, 2024.

McLAIN & MERRITT, P.C.

/s/ Nicholas E. Deeb

Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendant
WALMART INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

IN THE SUPERIOR COURT OF CATOOSA COUNTY
STATE OF GEORGIA

STEPHANIE FORD, and her Husband
JEREMY FORD,

Plaintiffs,

v.

WALMART INC., a Foreign Profit
CORPORATION,

Defendant.
_______________________________/

Civil Action File No.
SUCV2024000880

## 12-PERSON JURY DEMAND

COMES NOW Defendant, WALMART INC. and demands a trial by a jury of twelve (12) persons.

McLAIN & MERRITT, P.C.

/s/ Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendant
WALMART INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **12-PERSON JURY DEMAND** has this day been filed and served upon opposing counsel via Peachcourt E-File.

This the 12th day of November, 2024.

McLAIN & MERRITT, P.C.

/s/ Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendant
WALMART INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com